**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RUIZ PALOMAR, | No. C-13-3413 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| BOARD OF PAROLE HEARINGS, | |
| Respondents. _____/ | |

This action is dismissed because the petition for writ of habeas corpus is duplicative of the petition filed by petitioner in *Palomar v. Board of Parole Hearings*, No. C 13-3215 EMC. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (district court does not abuse its discretion in dismissing under pauper statute a complaint that merely repeats pending or previously litigated claims); *Bailey v. Johnson,* 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. § 1915 as malicious). Petitioner's *in forma pauperis* application is **DENIED**. (Docket # 2).

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 30, 2013

_____
EDWARD M. CHEN
United States District Judge